```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
              -v-                         :     18cr41 (DLC)
                                          :
CHRISTOPHER ASHE,                         :
                                          :     ORDER
              Defendant.                  :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Through a letter dated January 31, 2022, and received in mid-February, Christopher Ash reports that he will soon be released to a half-way house. Ash asks the Court to grant him the opportunity to spend the time with his father and other family members in his father's home instead of having to reside at the half-way house itself. Ash reports that he will not let his family down and is aware that he has much of his life ahead of him. Ash is hereby

ADVISED that the Court does not make the decision of whether those in Bureau of Prisons custody must reside in a half-way house or can reside with their family as they complete their term in Bureau of Prisons custody. Ash should make his request to the Bureau of Prisons officials in charge of his assignment and if necessary with the half-way house staff should he be assigned to live there. The Court hopes that Ash finds

employment quickly and establishes a stable, health life with his family in his new community.

Dated:    New York, New York
          November 18, 2021

                                              _____
                                                       DENISE COTE
                                              United States District Judge